Dayton Bar Association *v.* Seall.

[Cite as *Dayton Bar Assn. v. Seall* (1998), 81 Ohio St.3d 280.]

(No. 97–2258—Submitted December 10, 1997—Decided March 25, 1998.)

*Patrick W. Allen,* for relator.

*Charles W. Kettlewell,* for respondent.

---

***Per Curiam.***   Upon review of the record in this case, we adopt the findings, conclusions, and recommendation of the board.   Respondent is hereby suspended from the practice of law for one year with full credit for time served under our interim suspension of December 19, 1996.   Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.